MARK S. TRATTEN (SBN 119330)
ADAM G. KHAN (SBN 296617)
ERICKSEN ARBUTHNOT
100 Howe Avenue, Suite 110 South
Sacramento, CA 95825
(916) 483-5181

Attorneys for defendant, WYNDHAM VACATION OWNERSHIP, INC. erroneously sued as WYNDAM [sic] VACATION OWNERSHIP, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| EVELINA CORVIN AND DONALD CORVIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WYNDAM VACATION OWNERSHIP, INC., AND DOES 1-50,<br><br>　　　　　Defendants. | Case No.: 2:14-CV-01010-MCE-DAD<br><br>**ORDER EXTENDING DISCOVERY CUTOFF DATE**<br><br>Date Complaint Filed: 3/10/2014<br>Trial Date: June 13, 2016 |

　　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the August 18, 2015 discovery completion date as stated in the January 13, 2014 Pretrial Scheduling Order is extended to November 20, 2015.

　　　IT IS SO ORDERED.

Dated: August 12, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT