MARK S. TRATTEN  (SBN 119330)
ADAM G. KHAN  (SBN 296617)
ERICKSEN ARBUTHNOT
100 Howe Avenue, Suite 110 South
Sacramento, CA  95825
(916) 483-5181

Attorneys for defendant, WYNDHAM VACATION OWNERSHIP, INC. erroneously sued as WYNDAM [sic] VACATION OWNERSHIP, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| EVELINA CORVIN AND DONALD CORVIN, <br><br> Plaintiff, <br><br> v. <br><br> WYNDAM VACATION OWNERSHIP, INC., AND DOES 1-50, <br><br> Defendants. | Case No.: 2:14-CV-01010-MCE-DAD <br><br> **ORDER EXTENDING DISCOVERY CUTOFF DATE** <br><br> Date Complaint Filed:  3/10/2014 <br> Trial Date: June 13, 2016 |

Pursuant to the parties' stipulation and good cause having been shown, it is hereby ordered that the November 20, 2015 discovery completion date for non-expert and expert discovery as stated in the August 12, 2015 Order is extended to January 8, 2016.

IT IS SO ORDERED.

Dated:   November 2, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Order Extending Discovery Cut-Off Date
/14-047/corvin/agkpld.004                                                                                           Page 1