William A. Deitchman, Esq. (SBN 249267)
DEITCHMAN & DEITCHMAN
2692 Coloma Street
Placerville, California 95667
Telephone: (530) 626-3050
Facsimile: (530) 626-3060
Email: will@deitchmanlaw.com

Attorneys for Plaintiffs
EVELINA CORVIN and DONALD CORVIN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELINA CORVIN and DONALD CORVIN, | CASE NO. 2:14-CV-01010-MCE-EFB (TEMP) |
| Plaintiffs, | |
| vs. | **JOINT NOTICE REGARDING SETTLEMENT AND REQUEST TO RETAIN JURISDICTION;ORDER** |
| WYNDHAM VACATION OWNERSHIP, INC., and DOES 1 to 50, | |
| Defendants. | Judge Morrison C. England, Jr. |

## NOTICE OF SETTLEMENT

Plaintiffs, EVELINA CORVIN and DONALD CORVIN, and Defendant, WYNDHAM VACATION OWNERSHIP, INC. (hereafter the Parties) by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter. The Parties hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until Defendant can fully perform its duties as required under the settlement agreement. It is estimated that Defendant will fully perform its duties on or around March 15th, 2016. Upon Defendant's completion of its duties (as mandated under the settlement agreement) and within two weeks after said completion, Plaintiffs will file with this Court a joint

-1-

notice of dismissal with prejudice to be signed by counsel for all Parties.

**Respectfully Submitted,**

Dated:  March 2, 2016                              DEITCHMAN & DEITCHMAN


By      /s/     *William A. Deitchman*
         WILLIAM A. DEITCHMAN
         Attorney for Plaintiffs


Dated: March 2, 2016                               ERICKSEN ARBUTHNOT


By      /s/     *Mark S. Tratten*
         MARK S. TRATTEN
         Attorney for Defendant


**ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated and the Court will retain jurisdiction over this matter as requested to allow for Defendant to fulfill its duties under the settlement agreement.  Not late than one hundred and twenty (120) days following the date this Order is electronically filed, the parties are directed to file their joint notice of dismissal.

IT IS SO ORDERED.

Dated:  March 10, 2016

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT