William A. Deitchman, Esq. (SBN 249267)
DEITCHMAN & DEITCHMAN
2692 Coloma Street
Placerville, California 95667
Telephone: (530) 626-3050
Facsimile: (530) 626-3060
Email: will@deitchmanlaw.com

Attorneys for Plaintiffs,
EVELINA CORVIN and DONALD CORVIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELINA CORVIN and DONALD CORVIN,<br><br>Plaintiffs,<br>vs.<br><br>WYNDHAM VACATION OWNERSHIP, INC., and DOES 1 to 50,<br><br>Defendants. | CASE NO. 2:14-CV-01010-MCE-EFB<br><br>**STIPULATED REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER**<br><br>Judge Morrison C. England, Jr. |

IT IS HEREBY STIPULATED, by and between Plaintiffs, EVELINA CORVIN and DONALD CORVIN, and Defendant, WYNDHAM VACATION OWNERSHIP, INC. (hereafter the Parties), by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice, each party to bear their own attorney's fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (requiring stipulation for voluntary dismissals after responsive pleadings have been filed.)

Respectfully Submitted,

-1-

Dated: March 11, 2016                    DEITCHMAN & DEITCHMAN

                                By      /s/    *William A. Deitchman*
                                        WILLIAM A. DEITCHMAN
                                        Attorney for Plaintiffs

Dated: March 11, 2016                    ERICKSEN ARBUTHNOT

                                By      /s/    *Mark S. Tratten*
                                        MARK S. TRATTEN
                                        Attorney for Defendant

## **ORDER**

Pursuant to the parties' foregoing stipulation, the entire above-captioned action is hereby DISMISSED with prejudice, each party to bear their own attorney's fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: March 15, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT